UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

SOLANCO SCHOOL DISTRICT,                :
                                        :
          Plaintiff,                  :
      v.                                :   No. 5:15-cv-02659
                                        :
C.H.B., by and through her parent, B.B.;:
B.B., in her own right,                 :
                                        :
          Defendants.                 :
_____

# O R D E R

**AND NOW**, this 9th day of August, 2016, upon consideration of Plaintiff's Motion for Judgment on the Administrative Record, ECF No. 14, and Defendants' Motion for Judgment on the Administrative Record, ECF No. 13, and for the reasons stated in the Memorandum Opinion issued this date, **IT IS ORDERED THAT**:

1. Plaintiff's Motion, ECF No. 14, is **GRANTED**;

2. Defendants' Motion, ECF No. 13, is **DENIED**;

3. The Hearing Officer's decision that the District violated Section 504 of the Rehabilitation Act is **REVERSED**, and the Hearing Officer's award of compensatory education is **VACATED**;

4. Judgment is **ENTERED** in favor of Plaintiff and against Defendants;

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*       
JOSEPH F. LEESON, JR.
United States District Judge